**Roger JASKE, Petitioner–Appellant,**

v.

**Craig A. HANKS, Respondent–Appellee.**

No. 00–3268.

United States Court of Appeals,
Seventh Circuit.

Submitted Oct. 17, 2001*.

Decided Oct. 17, 2001.

Rehearing Denied Nov. 27, 2001.

---

* After an examination of the briefs and the record, we have concluded that oral argument is unnecessary. Thus, the appeal is submitted on the briefs and the record. *See* Fed. R.App. P. 34(a)(2).

Before CUDAHY, RIPPLE, and WILLIAMS, Circuit Judges.

### ORDER

Indiana prisoner Roger Jaske was convicted of homicide in a prison disciplinary proceeding and sentenced to three years' disciplinary segregation. Mr. Jaske challenged the determination under 28 U.S.C. § 2254, and the district court dismissed his petition. Because disciplinary segregation affects the severity rather than the duration of custody, Mr. Jaske's petition was improperly brought under § 2254. *See Montgomery v. Anderson,* 262 F.3d 641, 643–44 (7th Cir.2001). *See also Walker v. O'Brien,* 216 F.3d 626, 630 n. 3 (7th Cir. 2000) (expressing doubt that habeas corpus is appropriate procedure for challenging segregation); *Moran v. Sondalle,* 218 F.3d 647, 650–51 (7th Cir.2000) (state prisoners challenging administrative segregation must use § 1983, not § 2254); *Sylvester v. Hanks,* 140 F.3d 713, 714 (7th Cir.

1998) (expressing doubt that challenge to 3 years' disciplinary segregation should proceed under § 2254). Accordingly, we AFFIRM the judgment of the district court.